IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MARTINEZ, | 1:03-CV-6265 REC DLB P |
| Plaintiff, | ORDER FOR CALIFORNIA DEPARTMENT OF CORRECTIONS TO STOP DEDUCTIONS FROM INMATE TRUST ACCOUNT |
| vs. | |
| CINDY GREER, et al., | ORDER DIRECTING CLERK OF COURT TO ISSUE REFUND |
| Defendants. | |
| _____/ | DOCUMENT #43 |

Plaintiff, a state prisoner at the Central California Women's Facility, Chowchilla, California, is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 4, 2004, plaintiff's application to proceed in forma pauperis was granted, and the Director of the California Department of Corrections was ordered to collect the balance due of $100.00 for the statutory filing fee for this action.

On July 25, 2005, plaintiff notified the court that funds continue to be deducted from her trust account for payment of the filing fee, and plaintiff requests reimbursement of $17.98, and further requests the court issue an order to stop deductions from her inmate trust account.   The filing fee for this action has been paid, as reflected by the court's financial record,

attached hereto as Exhibit A.  Accordingly, the court shall vacate its order of March 4, 2004, entitled "Order Directing Payment of Inmate Filing Fee."  A review of plaintiff's financial statement shows that an overage of $17.98 was made, and the Clerk of Court shall be directed to issue a refund.

Accordingly, IT IS HEREBY ORDERED:

1. An accounting of the payments received by the court shows that plaintiff is correct.  The filing fee is $150.00, and plaintiff has paid $167.98, an overpayment of $17.98.  Plaintiff's request for a refund of the $17.98 overpayment of her filing fee is GRANTED;

2. The Clerk of Court of the Eastern District of California is directed to issue a refund of $17.98 to plaintiff Sylvia Martinez, (CDC #W-15342), c/o CCWF, Central California Women's Facility, PO Box 1508, Chowchilla, California 93610; and

3. The Clerk is directed to serve a copy of this order on:

   1) the Financial Department of the United States District Court, Eastern District of California, Sacramento Division;

   2) the Financial Department of the Central California Women's Facility, PO Box 1508, Chowchilla, California 93610; and

   3) the Director of the California Department of Corrections, 1515 "S" Street, Sacramento, California 95814.

IT IS SO ORDERED.

Dated:   July 29, 2005             /s/ Dennis L. Beck
3c0hj8                             UNITED STATES MAGISTRATE JUDGE